UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. BANK N.A.,

    Plaintiff,

v.

ALEXANDER DE LA CAMPA, et al.,

    Defendants.

Case No.  13-cv-05684-JCS

**AMENDED ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION**

On December 9, 2013, Defendant Juan Ramirez ("Ramirez") removed the underlying unlawful detainer action from the Superior Court of California, County of Contra Costa, to the United States District Court, Northern District of California.

IT IS HEREBY ORDERED that Ramirez appear on **February 7, 2014** at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Francisco, California, and show cause why this case should not be remanded back to the Superior Court of California, County of Contra Costa, for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by **January 24, 2014**.

    **IT IS SO ORDERED**.

Dated: January 7, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge